```
 1  SANDRA R. BROWN
    Acting United States Attorney
 2  LAWRENCE S. MIDDLETON
    Assistant United States Attorney
 3  Chief, Criminal Division
    BENJAMIN R. BARRON (Cal. Bar No. 257094)
 4  JAMIE A. LANG (Cal. Bar No. 253769)
    Assistant United States Attorneys
 5  OCDETF Section
         1400 United States Courthouse
 6       312 North Spring Street
         Los Angeles, California 90012
 7       Telephone:  (213) 894-3542/2652
         Facsimile:  (213) 894-0142
 8       E-mail:     ben.barron@usdoj.gov
         E-mail:     jamie.lang@usdoj.gov
 9
    Attorneys for Plaintiff
10  UNITED STATES OF AMERICA
```

FILED
CLERK, U.S. DISTRICT COURT
JUL 27 2017
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 17-17CR00479 |
| Plaintiff, | [PROPOSED] ORDER SEALING INDICTMENT AND RELATED DOCUMENTS |
| v. | (UNDER SEAL) |
| JAMES WILSON, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the indictment and any related documents in the above-titled case (except the arrest warrant), the government's sealing application, and this order shall be kept under seal until such time as the government files a "Report Commencing Criminal Action" in this matter.

DATE 07/27/17                    /s/ Alka Sagar
                                 UNITED STATES MAGISTRATE JUDGE

1

1 | OR IN CASE OF DENIAL:
2 |     The government's application for sealed filing is DENIED.  The
3 | sealing application will be filed under seal.  The underlying
4 | document(s) shall be returned to the government, without filing of
5 | the documents or reflection of the name or nature of the documents on
6 | the clerk's public docket.

_____

DATE                                         UNITED STATES MAGISTRATE JUDGE

2