1  SANDRA R. BROWN
   Acting United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   BENJAMIN R. BARRON (Cal. Bar No. 257094)
4  JAMIE A. LANG (Cal. Bar No. 253769)
   Assistant United States Attorneys
5  OCDETF Section
        1400 United States Courthouse
6       312 North Spring Street
        Los Angeles, California 90012
7       Telephone: (213) 894-3542/2652
        Facsimile: (213) 894-0141
8       E-mail:    Ben.Barron@usdoj.gov
                   Jamie.Lang@usdoj.gov
9
   Attorneys for Plaintiff
10 UNITED STATES OF AMERICA

                    UNITED STATES DISTRICT COURT

                FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 17-CR-479-DMG |
|---|---|
| Plaintiff, | CRIMINAL HISTORY REPORT AS TO DEFENADNT JAMES WILSON |
| v. | |
| JAMES WILSON, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Benjamin Barron and Jamie Lang, hereby files its Criminal History Report as to Defendant James Wilson (limited to prior convictions only):

| Conviction Date | Offense | Sentence |
|---|---|---|
| June 15, 2009 | 1. False Insurance Claim — Cal. PC 550(a)(5) | 1. 2 years prison |
| | 2. Grand Theft — Cal. PC 487(a) | 2. 8 months (consecutive) |
| | 3. Tax Evasion — Cal. RT 19706 | 3. 8 months (consecutive) |
| | 4. Tax Evasion (second count) — Cal. RT 19706 | 4. 8 months (per rap sheet, apparently concurrent) |

| | | |
|---|---|---|
| May 7, 2014 | Vehicle Theft — Cal. VC 10851(a) | 3 years probation; 180 days jail |

The government will supplement this report in the event that it learns of additional prior convictions, or should the Court request the submission of any additional information.

Dated: August 7, 2017                Respectfully submitted,

                                     SANDRA R. BROWN
                                     Acting United States Attorney

                                     LAWRENCE S. MIDDLETON
                                     Assistant United States Attorney
                                     Chief, Criminal Division


                                          /s/
                                     _____
                                     BENJAMIN R. BARRON
                                     Assistant United States Attorney

                                     Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA